IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| NICOLE ROBINSON,<br><br>        Plaintiff,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., *et al.*,<br><br>        Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-CV-00840<br>Judge Clark Waddoups |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Dustin Pead under 28 U.S.C. § 636(b)(1)(B). Judge Pead issued a Report and Recommendation on July 13, 2017, recommending that the case be dismissed with prejudice for failure to prosecute. As Judge Pead notes, plaintiff failed to respond to a dispositive motion filed by defendants Countrywide Home Loans and Bank of America on September 29, 2016, almost 10 months ago. Judge Pead then issued an order requiring plaintiff to show cause in writing why the case should not be dismissed for failure to prosecute. Plaintiff did not respond, even though she was warned that failure to do so would result in dismissal of the case with prejudice.

      Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has expired. The court accepts and adopts the Report and Recommendation as the findings and conclusions of the Court, and dismisses this case with prejudice for failure to prosecute.

      SO ORDERED this 31st day of July, 2017.

                                          BY THE COURT:

                                          Clark Waddoups<br>
                                          United States District Court Judge